**Appeal No. 17-1333**

# United States Court of Appeals for the Federal Circuit

**OREXO AB**

　　　　　　　　**Plaintiffs-Appellants,**

v.

**ACTAVIS ELIZABETH LLC,**

　　　　　　　　**Defendant-Appellee.**

Appeal from the United States District Court for the District of Delaware in case no. 14-829-SLR-SRF, Judge Sue L. Robinson

### OREXO'S NOTICE OF INTENT TO FILE CORRESPONDING ELECTRONIC BRIEFS

| | |
|---|---|
| December 22, 2016 | Errol B. Taylor |
| | Fredrick M. Zullow |
| | Anna Brook |
| | Jordan P. Markham |
| | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| | 28 Liberty Street |
| | New York, NY 10005 |
| | (212) 530-5000 |
| | Attorneys for Plaintiffs-Appellants |
| | Orexo AB and Orexo US, Inc. |

Pursuant to Federal Circuit Rule 32(e)(1), Plaintiffs-Appellants Orexo AB and Orexo US, Inc. (collectively "Orexo") file this Notice of Intent to File Corresponding Electronic Briefs on compact disc (CD-ROM).  Defendant-Appellee consents to Orexo filing corresponding briefs on CD-ROM.

                                              Respectfully submitted,

Dated: December 22, 2016        /s/ Errol B. Taylor
                                              Errol B. Taylor
                                              Fredrick M. Zullow
                                              Anna Brook
                                              Jordan P. Markham
                                              MILBANK, TWEED, HADLEY & MCCLOY LLP
                                              28 Liberty Street
                                              New York, NY  10005
                                              (212) 530-5000
                                              Attorneys for Plaintiffs-Appellants
                                              Orexo AB and Orexo US, Inc.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 22, 2016 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

Errol B. Taylor
Name of Counsel

/s/ Errol B. Taylor
Signature of Counsel

| | |
|---|---|
| Law Firm | Milbank, Tweed, Hadley & McCloy, LLP |
| Address | 28 Liberty St. |
| City, State, Zip | New York, NY 10005 |
| Telephone Number | 212-530-5545 |
| Fax Number | 212-822-5545 |
| E-Mail Address | etaylor@milbank.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields